DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
THOMAS E. MARRS (Bar No. 252485)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:      (916) 444-1000
Facsimile:      (916) 444-2100
kseibert@downeybrand.com
tmarrs@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>              Plaintiff,<br><br>       v.<br><br>MERLE HOLMAN and BEVERLY HOLMAN,<br><br>              Defendants. | Case No.  1:13-CV-01448-AWI- SMS<br><br>**STIPULATION AND  ORDER TO FILE AMENDED COMPLAINT AND CONTINUE DISCOVERY DEADLINES**<br><br>Pre-Trial Conf.:   June 17, 2015<br>Time:                    8:30 a.m.<br>Courtroom:           2<br>Judge:                   Hon. Anthony W. Ishii<br><br>Trial:                     August 25, 2015<br>                              (3-4 day estimate) |

   This stipulation and proposed order to file an amended complaint and continue discovery deadlines is entered into between plaintiff Tri-Dam ("Tri-Dam") and defendants Merle Holman and Beverly Holman (collectively "Defendants"), by and through their respective attorneys of record, with reference to the following:

**RECITALS**

   1.   Tri-Dam commenced this action on September 9, 2013 by filing its Complaint.

   2.   The Complaint seeks a permanent injunction against Defendants related to improvements on real property they own in Calaveras County ("Subject Property")

3. The Court's February 19, 2014 Scheduling Order provided, among other things, for a September 19, 2014 deadline to conduct non-expert discovery, an October 14, 2014 deadline to disclose experts, a December 3, 2014 deadline to disclose supplemental experts, a January 16, 2015 deadline to conduct expert discovery, and a February 11, 2015 deadline to file non-dispositive pretrial motions.

4. In order to avoid unnecessary motion practice, the parties met and conferred regarding potential amendments and revisions to the Complaint. The parties believe good cause exists for Tri-Dam to file its proposed First Amended Complaint, attached hereto as **Exhibit A**.

5. Tri-Dam has served written discovery but the parties have not yet taken any depositions.

6. The parties also met and conferred regarding appropriate extensions of the current discovery related deadlines based on the anticipated filing of the First Amended Complaint. The parties believe good cause exists to continue: the current September 19, 2014 deadline to conduct non-expert discovery to October 31, 2014; the current October 14, 2014 deadline to disclose experts to November 25, 2014; the current December 3, 2014 deadline to disclose supplemental experts to January 15, 2015; the current January 16, 2015 deadline to conduct expert discovery to February 16, 2015; and the current February 11, 2015 deadline to file non-dispositive pretrial motions to February 27, 2015.

7. The parties have not sought or obtained any prior extensions of time in this case.

## **STIPULATION**

Based on the foregoing recitals, the parties hereby STIPULATE that:

8. Tri-Dam may file the proposed First Amended Complaint attached hereto as **Exhibit A**, without seeking leave of court through a noticed motion.

9. Tri-Dam shall file the First Amended Complaint within 5 court days of the Court's entry of its order granting this Stipulation.

10. Tri-Dam's First Amended Complaint will be deemed served on Defendants as of the date this Stipulation and Order is entered.

11. Defendants' responsive pleading to the First Amended Complaint shall be due twenty-one (21) days after this Stipulation and Order is entered.

12. The deadline to conduct non-expert discovery is continued from September 19, 2014 to October 31, 2014.

13. The deadline to disclose experts is continued from October 14, 2014 to November 25, 2014.

14. The deadline to disclose supplemental experts is continued from December 3, 2014 deadline to January 15, 2015.

15. The deadline to conduct expert discovery is continued from January 16, 2015 to February 16, 2015.

16. The deadline to file non-dispositive pretrial motions is continued from February 11, 2015 to February 27, 2015.

17. This continuance of the above-referenced discovery related deadlines will not affect any other deadlines in this action.

18. All remaining dates and deadlines as set by the Court in its February 19, 2014 Scheduling Order are otherwise unaffected by this Stipulation and Proposed Order.

DATED:  September 15, 2014          DOWNEY BRAND LLP


                                    By:       /s/ Thomas E. Marrs
                                            THOMAS E. MARRS
                                            Attorney for Plaintiff
                                                 TRI-DAM


DATED:  September 15, 2014          /s/ Shawn R. Parr (as authorized 9/15/14
                                            SHAWN PARR
                                        Attorney for Defendants
                                  MERLE HOLMAN and BEVERLY HOLMAN

1381009.3                                3

STIPULATION TO FILE AMENDED COMPLAINT AND CONTINUE DISCOVERY DEADLINES

# **ORDER**

This matter came before the Court on the Stipulation and Proposed Order to File an Amended Complaint and Continue Discovery Deadlines.  For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT Tri-Dam may file the First Amended Complaint, attached hereto as **Exhibit A,** within 5 court days of the Court's entry of its order granting this Stipulation.  Tri-Dam's First Amended Complaint will be deemed served on Defendants as of the date this Stipulation and Order is entered.  Defendants' responsive pleading shall be due twenty-one (21) days after this Stipulation and Order is entered.

IT IS FURTHER ORDERED THAT the deadline to conduct non-expert discovery is continued from September 19, 2014 to October 31, 2014.  The deadline to disclose experts is continued from October 14, 2014 to November 25, 2014.  The deadline to disclose supplemental experts is continued from December 3, 2014 deadline to January 15, 2015.  The deadline to conduct expert discovery is continued from January 16, 2015 to February 16, 2015.  The deadline to file non-dispositive pretrial motions is continued from February 11, 2015 to February 27, 2015.  All remaining dates and deadlines as set by the Court in its February 19, 2014 Scheduling Order are otherwise unaffected by this Stipulation and Order.

IT IS SO ORDERED.

DATED:   9/16/2014                    /s/ SANDRA M. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE