DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
THOMAS E. MARRS (Bar No. 252485)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:     (916) 444-1000
Facsimile:     (916) 444-2100
kseibert@downeybrand.com
tmarrs@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>                    Plaintiff,<br><br>          v.<br><br>MERLE HOLMAN and BEVERLY HOLMAN,<br><br>                    Defendants. | Case No.  1:13-CV-01448-AWI- SMS<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Pre-Trial Conf.:   June 17, 2015<br>Time:              8:30 a.m.<br>Courtroom:         2<br>Judge:             Hon. Anthony W. Ishii<br><br>Trial:             August 25, 2015<br>                   (3-4 day estimate) |

This stipulation and proposed order to file an amended complaint and continue discovery deadlines is entered into between plaintiff Tri-Dam ("Tri-Dam") and defendants Merle Holman and Beverly Holman (collectively "Defendants"), by and through their respective attorneys of record, with reference to the following:

**RECITALS**

1.     Tri-Dam commenced this action on September 9, 2013 by filing its Complaint.

2.     The Complaint seeks a permanent injunction against Defendants related to improvements on real property they own in Calaveras County ("Subject Property").

1387611.1

1

1    3.    Tri-Dam filed a First Amended Complaint on September 18, 2014, adding claims

2    for breach of contract, public and private nuisance, trespass and interference with easement.

3    4.    The Court's February 19, 2014 Scheduling Order provided, among other things,

4    for a September 19, 2014 deadline to conduct non-expert discovery, an October 14, 2014 deadline

5    to disclose experts, a December 3, 2014 deadline to disclose supplemental experts.

6    5.    The parties previously sought and obtained one prior extension of time in this case.

7    The current deadline to conduct non-expert discovery is October 31, 2014.  The current deadline

8    to disclose experts is November 25, 2014.  The current deadline to disclose supplemental experts

9    is January 15, 2015.

10    6.    Since that extension, the parties have engaged in settlement discussions and have

11    also met and conferred regarding appropriate extensions of the current discovery related deadlines

12    based on those settlement discussions.  The parties believe good cause exists to continue: the

13    current October 31, 2014 deadline to conduct non-expert discovery to January 7, 2015; the

14    current November 25, 2014 deadline to disclose experts to January 15, 2015; and the current

15    January 15, 2015 deadline to disclose supplemental experts to February 6, 2015.

16    **STIPULATION**

17    Based on the foregoing recitals, the parties hereby STIPULATE that:

18    7.    The deadline to conduct non-expert discovery is continued from October 31, 2014

19    to January 7, 2015.

20    8.    The deadline to disclose experts is continued from November 25, 2014 to January

21    15, 2015.

22    9.    The deadline to disclose supplemental experts is continued from January 15, 2015

23    to February 6, 2015.

24    10.    This continuance of the above-referenced discovery related deadlines will not

25    affect any other deadlines in this action.

26    11.    All remaining dates and deadlines as set by the Court in its February 19, 2014

27    Scheduling Order, as modified by the September 17, 2014 Stipulation and Order to Continue

28    Discovery Deadlines, are otherwise unaffected by this Stipulation and Proposed Order.

1387611.1                                              2

STIPULATION TO CONTINUE DISCOVERY DEADLINES; [PROPOSED] ORDER

1    DATED:  October 17, 2014                    DOWNEY BRAND LLP

2

3                                                By:          */s/ Thomas E. Marrs*
                                                              THOMAS E. MARRS
4                                                          Attorney for Plaintiff
                                                                   TRI-DAM
5

6

7    DATED:  October 17, 2014                    */s/ Shawn Parr (as authorized 10/17/14)*
                                                              SHAWN PARR
8                                                      Attorney for Defendants
                                                MERLE HOLMAN and BEVERLY HOLMAN

9

10                                          **ORDER**

11          This matter came before the Court on the Stipulation and Proposed Order to Continue

12   Discovery Deadlines.  For the reasons stated in the Stipulation and for good cause showing, the

13   Court ADOPTS the Stipulation and GRANTS the relief requested therein.

14          Accordingly, IT IS HEREBY ORDERED THAT the deadline to conduct non-expert

15   discovery is continued from October 31, 2014 to January 7, 2015.  The deadline to disclose

16   experts is continued from November 25, 2014 to January 15, 2015.  The deadline to disclose

17   supplemental experts is continued from January 15, 2015 to February 6, 2015.  All remaining

18   dates and deadlines as set by the Court in its February 19, 2014 Scheduling Order, as modified by

19   the September 17, 2014 Stipulation and Order to Continue Discovery Deadlines, are otherwise

20   unaffected by this Stipulation and Proposed Order.

21          IT IS SO ORDERED.

22
            DATED:  10/21/2014             /s/ SANDRA M. SNYDER
23                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1387611.1                                      3