IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM,<br><br>           Plaintiff,<br><br>     v.<br><br>MERLE HOLMAN and BEVERLY HOLMAN,<br><br>           Defendants.<br>_____/ | 1:13-cv-01448-AWI- SMS<br><br>**ORDER ENTERING STIPULATED JUDGMENT AND CLOSING CASE**<br><br>(Doc. 37) |

   On August 18, 2015, Plaintiff Tri-Dam ("Tri-Dam") and Defendants Merle Holman and Beverly Holman ("Defendants") (together, the "Parties") stipulated to entry of judgment. Doc. 37. Accordingly, this Court enters judgment in Tri-Dam's favor, and against Defendants, with each of the Parties to bear their own attorneys' fees and costs, except for any fees and costs incurred in enforcing this judgment, which may be determined at a later date.

   Judgment is in the form of a permanent injunction:  (a) requiring the removal of Defendants' unauthorized facilities on Tulloch Reservoir at or below the 515-foot elevation contour, to the extent not already accomplished, including but not limited to any unauthorized assembly of two barges, a crane, and a swim platform; (b) prohibiting Defendants from installing, possessing, or maintaining any facilities on Tulloch Reservoir at or below the 515-foot elevation contour without seeking prior approval and obtaining a permit from Tri-Dam; and (c) prohibiting Defendants from installing, possessing, or maintaining any facilities on Tulloch

1

1 Reservoir at or below the 515-foot elevation contour that are not in compliance with a permit
2 from Tri-Dam.  This permanent injunction becomes effective on September 13, 2015.
3     On or before September 13, 2015, Defendants shall transfer to Tri-Dam in exchange for
4 payment of $1.00 the two barges and swim platform Defendants currently own and have on
5 Tulloch Reservoir.  The barges are currently registered in the State of California as watercraft
6 and identified by hull numbers CFZ1825H0084R (36' x 50') and CFZ7192T6898 (20' x 40').
7 Defendants shall take all steps necessary to transfer title to the barges and swim platform to Tri-
8 Dam.
9     All existing dates and deadlines in this matter, including the August 25, 2015, trial date,
10 are hereby vacated.  The Court retains jurisdiction to resolve any disputes that may arise relating
11 to this judgment.
12     The Clerk of the Court is respectfully directed to enter judgment in favor of Tri-Dam and
13 to close this case.

IT IS SO ORDERED.

Dated: __August 19, 2015__                           _____
                                                    SENIOR DISTRICT JUDGE

2